# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
Register of Copyrights, United States of America

**Registration Number**
**PAu 3-653-745**

Effective date of registration:
September 28, 2012

## Title
Title of Work: The Sibling

## Completion/Publication
Year of Completion: 2012

## Author
- Author: Sibling The Movie, LLC
- Author Created: entire motion picture
- Work made for hire: Yes
- Citizen of: United States
- Domiciled in: United States

## Copyright claimant
Copyright Claimant: Sibling The Movie, LLC
c/o Law Offices of Elsa Ramo, 315 S. Beverly Dr., Ste. 412, Beverly Hills, CA, 90212

## Limitation of copyright claim
Material excluded from this claim: script/screenplay
New material included in claim: production as a motion picture

## Certification
Name: Erika Canchola
Date: September 25, 2012

Correspondence: Yes

Registration #: PAU003653745
Service Request #: 1-828371331

Law Offices of Elsa Ramo
Erika Canchola
315 S. Beverly Drive
Suite 412
Beverly Hills, CA 90212