| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | Title | RightsOwner | FileName | FileHash | ISP | District | city |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 174.30.103.2 | 4D372D372D332D2D22702A1658E498B56363D60A | BitTorrent 7.7.3 | 04/08/2013 10:14:16 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Ankeny |
| 2 | 173.29.186.41 | 2D5554333133302D1F6AB86E6C8BF770087FA651 | µTorrent 3.1.3 | 04/01/2013 10:08:58 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Southern D | Newton |
| 3 | 75.170.215.205 | 2D554D313830302D9F6FD548D99A14DB1F96FE40 | µTorrent Mac 1.8.0 | 03/31/2013 10:02:13 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Des Moines |
| 4 | 207.45.85.49 | 4D372D372D332D2D2270FF5E76911348C8640F84 | BitTorrent 7.7.3 | 03/30/2013 09:59:54 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | NexGen Integrated Communications | Iowa Southern D | Des Moines |
| 5 | 75.162.28.111 | 2D415A343831322D673567627673357830797538 | Vuze 4.8.1.2 | 03/30/2013 12:17:50 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Ankeny |
| 6 | 68.227.160.3 | 2D5554333330302DB771C276B46C05C4375A6F4A | µTorrent 3.3.0 | 03/29/2013 03:22:13 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Cox Communications | Iowa Southern D | Council Bluffs |
| 7 | 174.30.73.26 | 2D5554333233302D21706C456BE6907042C52C9D | µTorrent 3.2.3 | 03/27/2013 10:04:05 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | West Des Moines |
| 8 | 174.30.126.232 | 2D415A343930302D7359443774706464396A7171 | Vuze 4.9.0.0 | 03/26/2013 02:07:05 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Ankeny |
| 9 | 208.126.106.27 | 2D5554333330302D957290780A66DCF896E0F31B | µTorrent 3.3.0 | 03/25/2013 07:27:27 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Iowa Network Services | Iowa Southern D | Oskaloosa |
| 10 | 71.221.235.48 | 2D4243303132392DBD5BB18F08518336F4287252 | BitComet 1.29 | 03/25/2013 06:12:41 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Davenport |
| 11 | 50.81.40.80 | 2D5554333330302DC671E06D96D1D2E8371E19C4 | µTorrent 3.3.0 | 03/24/2013 07:34:08 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Southern D | Davenport |
| 12 | 173.31.9.243 | 4D372D372D302D2D536D63F5EDD2675CA9A2DFC3 | BitTorrent 7.7.0 | 03/24/2013 01:22:44 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Southern D | Grinnell |
| 13 | 50.81.187.51 | 2D5554333233302D2170BC517439CE4169FA757A | µTorrent 3.2.3 | 03/23/2013 02:55:07 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Southern D | Clinton |
| 14 | 198.40.226.235 | 2D5554333030302D5364A23415EC7329FBBE39D5 | µTorrent 3.0.0 | 03/21/2013 03:59:12 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Northern D | Cedar Rapids |
| 15 | 50.81.1.153 | 2D5554333233302D21701C380FF0AFD3D9D5B0C5 | µTorrent 3.2.3 | 03/21/2013 06:37:01 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Southern D | Davenport |
| 16 | 208.126.17.104 | 4D372D312D302D2DB8590B270E33DD750A015D83 | BitTorrent 7.1.0 | 03/16/2013 09:57:08 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Iowa Network Services | Iowa Southern D | Jefferson |
| 17 | 75.167.77.51 | 2D5554333233302D2170E4B3A001049728B2B5A5 | µTorrent 3.2.3 | 03/16/2013 08:55:36 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | West Des Moines |
| 18 | 97.125.145.67 | 2D415A343930302D49634B6F577733536D4E6931 | Vuze 4.9.0.0 | 03/16/2013 07:35:51 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | West Des Moines |
| 19 | 70.184.209.203 | 2D5554333233302D2170AB067966E5871EBD9C70 | µTorrent 3.2.3 | 03/16/2013 05:34:46 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Cox Communications | Iowa Southern D | Council Bluffs |
| 20 | 68.110.28.231 | 2D7142333038302D6B53296E4569757647296D4E | qBittorrent 3.0.8 | 03/16/2013 06:25:26 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Cox Communications | Iowa Southern D | Council Bluffs |
| 21 | 68.110.29.236 | 4D372D372D332D2D2270FA51B1995DED9AF14CB0 | BitTorrent 7.7.3 | 03/15/2013 08:27:30 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Cox Communications | Iowa Southern D | Council Bluffs |