## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| SIBLING THE MOVIE, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 4:13-cv-00271 |
| DOES 1-21. | ) |
| *Defendants.* | ) |

### PLAINTIFF'S DECLARATION OF COMPLIANCE WITH COURT ORDER

Pursuant to the Court Order issued on Dec. 20, 2013 by Judge Stephanie M. Rose and filed as Document No. 32 in Case No.: 3:13-cv-00060-SMR-TJS, but applying to this case, Plaintiff TCYK, LLC hereby provides notice of compliance with the requirements set forth therein.

Specifically, Plaintiff has on December 27, 2013 placed in the US Mail, letters to:

1. All ISPs, notifying them of the various requirements set forth in the Order as laid out on pages 21-23 of the Order, and
2. All Does whose information has been obtained by Plaintiff, notifying them of the various requirements set forth in the Order.

Dated: December 27, 2013

                                                                                 Respectfully submitted,

                                                                                 /s/ Jay R. Hamilton
                                                                       JAY R. HAMILTON
                                                                       CHARLES A. DAMSCHEN
                                                                       HAMILTON IP LAW, PC
                                                                       201 W. 2nd Street, Suite 400
                                                                       Davenport, IA 52801

Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff's *Declaration of Compliance with Court Order* was filed electronically on December 27, 2013. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jay R. Hamilton
One of the Attorneys for
Sibling the Movie, LLC