IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SIBLING THE MOVIE, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 4:13-cv-00271 |
| DOE 1. | ) |
| *Defendants.* | ) |

**SECOND MOTION FOR EXTENSION OF TIME LIMIT FOR SERVICE**

Plaintiff, by counsel, pursuant to Fed. R. Civ. P. 4(m), Plaintiff Sibling the Movie, LLC, moves to extend the time limit for service of Defendant for an appropriate period of time. In support of its motion, Plaintiff states:

1. This is a copyright infringement case against Defendant filed on June 24, 2013 known to Plaintiff only by an IP address. The true identity of the Doe Defendant was known by their respective internet service providers ("ISP's").

2. On July 10, 2013, Plaintiff filed a Motion for Leave to File Discovery Prior to the Rule 26(f) Conference, in which Plaintiff requested leave to serve Internet Service Providers with subpoenas to obtain the contact information for the IP address owners noted in Exhibit B to the Complaint.

3. On July 15, 2013, this court granted Plaintiff's Motion.

4. Plaintiff immediately began served the Defendant's ISP.

5. Despite due diligence on the part of the Plaintiff, there has been a delay in receiving the DOE defendant's identification from their respective internet service provider.

6. Plaintiff did not receive Defendant's ISP's response until January 14, 2014, just two business days before the current deadline for service of a summons on Defendant. Plaintiff would like to offer defendant an opportunity to settle this matter prior to the naming of and effectuation of service on the Defendant.

7. Procedurally, Plaintiff respectfully requests that the time within which it has to serve the defendants be extended an additional sixty (60) days, or until March 17, 2014.

8. WHEREFORE, Plaintiff respectfully requests that the time within which it has to serve the Defendants be extended until March 17, 2014.

DATED: January 17, 2014

Respectfully submitted,

 /s/ Jay R. Hamilton
JAY R. HAMILTON
CHARLES A. DAMSCHEN
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of Motion for Extension of Time for Service of Defendants was filed electronically on January 17, 2014, 2014.  Notice of this filing will be sent to all parties by operation of the electronic filing system.  Parties may access this filing through the Court's system.

    /s/  Jay R. Hamilton
One of the Attorneys for
Sibling The Movie, LLC